1

2

3

4

5            UNITED STATES DISTRICT COURT

6            EASTERN DISTRICT OF WASHINGTON

7    SAMANTHA SCHULTZ,

8                        Plaintiff,              NO:  12-CV-3091-JPH

9         v.                                     ORDER ADOPTING REPORT AND
                                                 RECOMMENDATION
10   MICHAEL J. ASTRUE, Commissioner
     of Social Security,

11                       Defendant.

12

13        BEFORE THE COURT is the Report and Recommendation of United States

14   Magistrate Judge James P. Hutton, entered on October 15, 2012, (ECF No. 10)

15   recommending that the parties' stipulated motion for an order of remand pursuant

16   to sentence six of 42 U.S.C. § 405(g) (ECF No. 9), be granted.  No objections have

17   been filed.  The parties have not consented to proceed before a magistrate judge.

18        Having reviewed the report and recommendation, the Court adopts

19   Magistrate Judge Hutton's recommendations in their entirety.

20

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

The Report and Recommendation (ECF No. 10), to grant the parties' motion for an order of remand pursuant to sentence six of 42 U.S.C. § 405(g) (ECF No. 9), is **ADOPTED** in its entirety.

The District Court Executive is hereby directed to enter this Order, note that the case is remanded pursuant to sentence six, and forward copies to the parties and Magistrate Judge Hutton. While the Court retains jurisdiction in this matter, the District Court Executive should **CLOSE** the file, subject to reopening upon motion by the Plaintiff.

**DATED** this 30th day of October, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2